In the Matter of the Election of Directors of THE LAW-
RENCE-CEDARHURST BANK.

CLINTON STREET REALTY CORPORATION et al., Appel-
lants; THE LAWRENCE-CEDARHURST BANK et al.,
Respondents.

(Argued November 17, 1936; decided December 1, 1936.)

*Carl E. Peterson* for appellants.

*Kenneth M. Spence* for Harry Zalkin et al., respondents.

*Edward S. Bentley* for Lawrence-Cedarhurst Bank, respondent.

Order affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.